JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY MIRANDA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ERGOTRON, INC., A MINNESOTA CORPORATION DBA ERGOTRON CANADA CORPORATION, et al<br><br>Defendants. | CASE NO.: 2:25-cv-07033-RGK-SK<br><br>Judge: Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE: AMOUNT IN CONTROVERSY UNDER $75,000.00 AND TO REMAND TO STATE COURT<br><br>[17] |

On August 27, 2025, the Parties filed a Stipulation to Remand based on amount in controversy never to exceed $75,000.00.

The Court, having considered the Stipulation and finding good cause, therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. The current matter entitled *Tiffany Miranda v. Ergotron, Inc., et al.*, Case No. 2:25-cv-07033-RGK-SK, shall be remanded to the Los Angeles County Superior Court, State of California, Case No: 25NNCV03470.

**IT IS SO ORDERED.**

Dated: 8/29/2025

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE